UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ABEL ROSAS,** | No. LA CV 14-08399 VBF (FFM) |
| **Petitioner,** | ORDER |
| v. | Overruling Petitioner's Objections; Adopting the Report and Recommendation; Denying the Habeas Corpus Petition; Dismissing the Action with Prejudice; |
| W.I. MONTGOMERY, Warden, | |
| Respondent. | Terminating the Case (JS-6) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the petition for a writ of habeas corpus (Case Management / Electronic Case Filing System Document ("Doc") 1), the respondent's answer and answer memorandum (Doc 16), the state-court records lodged in paper form by the respondent government (listed in the Notice of Lodging at Doc 17), petitioner's traverse (Doc 22), the Report and Recommendation of the United States Magistrate Judge (Doc 25), the petitioner's objections to the R&R (Doc 26), and the applicable law.  "Federal Rule of Civil Procedure 72(b)(2) gave respondent a right to respond to the objections, but the time to do so has elapsed and respondent has filed neither a response nor a request for an extension of time. Accordingly,  the Court proceeds to the merits without waiting further." *Ruelas v. Muniz*, Case No. SA CV 14-01761, 2016 WL 540769, *1 (C.D. Cal. Feb. 9, 2016) (Fairbank, J.).

"As required by Fed. R. Civ. P. 72(b)(3), the Court has engaged in de novo review of the portions of the R&R to which petitioner has specifically objected and finds no defect

of law, fact, or logic in the Magistrate Judge's R&R." *Rael v. Foulk*, Case No. LA CV 14-02987, 2015 WL 4111295, *1 (C.D. Cal. July 7, 2015) (Fairbank, J.), *appeal filed on other grounds*, No. 15-56205 (9th Cir. Aug. 6, 2015).

## ORDER

Petitioner's objections are **OVERRULED**.

The United States Magistrate Judge's Report & Recommendation is **ADOPTED**.

The petition for a writ of habeas corpus is **DENIED** for lack of merit.

The Court will rule by separate order on a certificate of appealability.

Final judgment shall be entered consistent with this Order. As required by Federal Rule of Civil Procedure 58(a), that judgment will be entered by separate order.

This action is **DISMISSED** with prejudice.

This case is **TERMINATED** and closed (JS-6).

Dated: Tuesday, April 5, 2016

*Valerie Baker Fairbank*

VALERIE BAKER FAIRBANK
Senior United States District Judge

2