1
2
3
4
5
6
7
8               UNITED STATES DISTRICT COURT
9               CENTRAL DISTRICT OF CALIFORNIA
10
11   **ABEL ROSAS,**                    )   **No. LA CV 14-08399 VBF (FFM)**
                                        )
12                   **Petitioner,**    )
                                        )   **FINAL JUDGMENT**
13         v.                           )
                                        )
14   W.I. MONTGOMERY, Warden,           )
                                        )
15                   Respondent.        )
                                        )
16   _____)
17         Pursuant to the Court's contemporaneously issued Order Overruling Petitioner's
18   Objections, Adopting the Report and Recommendation of the United States Magistrate
19   Judge, Denying the Habeas Corpus Petition For Lack of Merit, Dismissing the Action With
20   Prejudice, Directing the Entry of Separate Judgment, and Terminating the Case, **final**
21   **judgment is hereby entered in favor of the respondent and against petitioner Abel**
22   **Rosas.**
23
24   Dated:  Tuesday, April 5, 2016
25                                              *Valerie Baker Fairbank*
26                                        _____
27                                              VALERIE BAKER FAIRBANK
                                              Senior United States District Judge
28